April 17, 2015

**Gilberto Martinez-Ovando**
c/o: Henderson Detention Center
P.O. Box 95050
Henderson, Nevada 89009



UNITED STATES FEDERAL DISTRICT COURT
LAS VEGAS, NEVADA

| | | |
|---|---|---|
| The matter of | ) | |
| | ) | **2:15-cv-00739-JAD-PAL** |
| **Gilberto Martinez-Ovando** | ) | |
| Petitioner | ) | Habeas Corpus |
| | ) | |
| A097 407 510 | ) | |
| _____ | ) | |

## MOTION FOR HABEAS CORPUS.

I, **Gilberto Martinez-Ovando** respondent, am writing this motion to the respectful Federal District Court of Las Vegas, Nevada, in regards my detention by the U.S Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), and Enforcement and Removal Operations (ERO), at the City of Henderson Detention Center, since December 10, 2014. I am writing this motion to enforce the **Habeas Corpus under Federal Criminal Code Title 18. USCS.**

I believe that the United States Immigration has detained me and violated the United States Constitution Law, based that my detention is over four (4) months as of today. This is not a matter of just violating my Constitution Right, but they also have violated the **Bail Reform Act 18 USCS Chapter 207. § 3141.** Based on the fact that I have only one (2) misdemeanors on my Criminal History. Moreover, I am not a concern, nor a threat to National Security or Public safety.

Therefore, mandatory detention is not required. Also, as respondent, I have the following reasons and relevant factors why I believe mandatory detention is not required in my particular circumstances.

I, **Gilberto Martinez Ovando** petitioner, have the following facts regarding my United States Immigration Status:

1. I have come to the United States on or about October 26, 1996, by air and I was Inspected by an Immigration Officer at the San Diego International Airport.

2. This Great Nation has been my home since the mentioned arrival.

3. I am a Honorable and Responsible individual with a strong sence of values, and of good moral character.

4. My parents are Senior U.S. Citizens and I have a six (6) year old son namely; Joshua Martinez-Nedelcu born; in Las Vegas Nevada on November 27, 2008, and whose Legal and Physical Custody I share with his Mom (Aurelia M. Nedelcu).

5. My Father filed a Petition / I-130 / for Alien Relative on March 24, 1997.

6. Petition was approved by U.S. Citizenship and Immigration Services / formerly; INS/ on May 19, 1997 **(WAC -97-118-50917).**

7. On 2000 we filed the I-485 Application to Register Permanent Residence or Adjust Status together with all filling fees required at the time.

8. Application was returned by USCIS. Stated with a note that we must wait longer.

9. I as a respondent had a Bond granted by the **Honorable Immigration Judge Jeffrey L. Romig.**

10. I could not afford to pay this Bond due to the fact that I have zero (0) income coming in thanks to this mandatory detention.

11. I as respondent have extremely high concern also because I have not been able to access some extremely important evidence to support my Removal Proceedings Immigration Case.

There is also a great concern, due to the fact that the U.S. DHS/ICE/ERO, have ignored their **Policy Memorandum on Civil Immigration Enforcement: Priorities for the Apprehension, Detention and Removal of Aliens (Number 10072.1) Section (C)(D)(E)** that clearly states that their employees should excersice sound judgement and discretion consistent with these priorities, with particular care when dealing with the inmediate family members of U.S. Citizens.

WHEREFORE, respondent **Gilberto Martinez-Ovando,** like to request for parole and/ or supervised release, and/ or any other relief as an alternative to detention. Based on the fact that my family, U.S. Senior Citizens, U.S. Child are extremely hurt from the current circumstances. Based on **USCS 18. § 3142 (a)(1)(b).**

I Hereby, respectfully ask the Honorable United States Federal District Court of Las Vegas, Nevada, to force the Department of Homeland security (DHS), U.S. Immigration and Customs Enforcement (ICE) and Enforcement and Removal Operations (ERO) to release me on my own recognizance.

Respectfully,

**Gilberto Martinez-Ovando**
(petitioner)



# IN THE MUNICIPAL COURT OF THE CITY OF NORTH LAS VEGAS

## COUNTY OF CLARK - STATE OF NEVADA

### JUDGMENT OF SENTENCE

**DEFENDANT:** GILBERTO MARTINEZ-OVANDO     **COURT:** CR008309-14

**SSNO:** --     **DATE OF BIRTH:** 04/17/1975

**DATE OF ARREST/VIOLATION:** 12/07/2014

**VIOLATION OF ORDINANCE (S):** DOM BATTERY, (1ST)

**DATE OF DISPOSITION** 12/09/2014     **IN OPEN COURT**

| FINAL CHARGE (S) | CONVICTION | DISPOSITION OF SENT. |
| --- | --- | --- |
| DOM BATTERY, (1ST) | PLED NO CONTEST AT ARRAIGNMENT/SENTENCING | $1000 FINE ASSESSED<br>ORDERED TO ATTEND DOMESTIC VIOLENCE COUNSELING 6 MONTHS<br>ORDERED TO PERFORM COMMUNITY SERVICE 48 HOURS<br>SENTENCE SERVED IN CUSTODY 2 DAYS<br>STAY OUT OF TROUBLE WHILE THIS CASE IS OPEN |

K Diaz
**COURT CLERK**

Sean Hoeffgen
**MUNICIPAL JUDGE**

**CERTIFIED COPY**
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.
DATE 1-29-15
Municipal Court Administrator of the City of North Las Vegas, State of Nevada.
BY K Diaz

NLVMCFG-0287-1-11

| FBI Number: | 352038DD2 |
| --- | --- |
| State ID: | |
| TID: | E20143440000000060999 |
| Last Name: | MARTINEZ |
| First Name: | GILBERTO |
| Middle Name: | |
| Controlling Agency: | DCD0J01JY |
| Search Findings: | |
| Occupation: | |
| Treat As Adult: | |
| Action: | |
| Residence: | |
| Employer & Address: | |

Response:     FEDERAL BUREAU OF INVESTIGATION
            CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                  CLARKSBURG, WV 26306


NVICE0300                    ICN E20143440000000060999
TCN 0048477621

THE ENCLOSED RECORD, DATED 2014/12/10, WITH THE FBI NO. 352038DD2 AND
NGI CONTROL NUMBER (NCN) E20143440000000060999 IS BEING PROVIDED AS THE
RESULT OF CRIMINAL RETURN IDENT TEN-PRINT SUBMISSION.


A CRIMINAL HISTORY REQUEST NOTIFICATION(S) WAS SENT BY THE FBI
TO THE FOLLOWING ORGANIZATIONS, EXCEPT FOR THOSE INDICATING THAT THE
REFERENCED SUBJECT IS DECEASED.

NEVADA      - STATE ID/NV04310011
FBI         - FBI/352038DD2

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) AND/OR III
PARTICIPANT STATE(S) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE.
HOWEVER THE FBI MAINTAINED DATA FROM THE NON-RESPONDING III PARTICIPANT
STATE(S) IS INCLUDED IN THE RESPONSE.



NVICE0300
US IMMIG CUSTOMS ENFORCE
ICE ERO
3373 PEPPER LANE

IAF15

LAS VEGAS,NV 89120

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

NVICE0300
TCN 0048477621
AGENCY CASE 169024138

THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH
CONTAINED THE FOLLOWING DESCRIPTORS:

NAME MARTINEZ-OVANDO,GILBERTO
DATE ARRESTED/FINGERPRINTED 2014/12/10

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|------------|--------|--------|------|------|
| M   | U    | 1975/04/17 | 000    | UNK    | UNK  | UNK  |

STATE ID     BIRTH PLACE
NULL         MEXICO

CITIZENSHIP
MEXICO

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|---|---|---|---|
| NONE | NONE | NONE | NONE |

ALIAS NAME(S)
NONE

END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

NVICE0300                    ICN E20143440000000060999

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
            - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                FBI NO.        DATE REQUESTED
MARTINEZ,GILBERTO              352038DD2    2014/12/10

SEX RACE BIRTH DATE HEIGHT WEIGHT EYES HAIR
M   W    1975/04/17  511    200    BLK  BLK

BIRTH PLACE
MEXICO

PATTERN CLASS             CITIZENSHIP
WU AU AU WU WU WU RS LS WU LS   MEXICO


RECORD UPDATED 2014/12/10


ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.


UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

CLARKSBURG, WV 26306

NVICE0300                ICN E2014344000000060999


***SPECIAL INFORMATION***

COPIES FOR 'SEND COPY TO' NOT SENT. IF COPIES REQUESTED; YOUR AGENCY
SHOULD DISSEMINATE.

ORIG: ITNCIC   LEMSOPR          NCIC:A$CHR    12/10/2014-06:20:03
OID: ITNCIC
RESP: ARREST   ( NV0028EAFF7C )   CJIS:SQCH   12/10/2014-06:20:04
..........................................................................
THE FOLLOWING FROM NCJIS CRIMINAL JUSTICE IS A RESULT OF YOUR SQCH INQUIRY ON:
SID/ NV04310011 FBI/ 352038DD2 PCN/
..........................................................................
This information is provided in response to your request:
Requested by: ORI  WVFBINF00
Requested FBI: 352038DD2
Requested SID: NV04310011
    Purpose: C
This information is based on information in the files of:
    Nevada ( 10 Dec 2014 )
This information is provided subject to the following:
(NV) This record is provided in response to your request. Use of the
information contained is this record is governed by state and federal law.
(NV) Classification of offenses as felonies, gross misdemeanors or
misdemeanors is based upon offense classifications in statutes of the
reporting state.
FBI       SID        Driver License    Social Security  Dates of Birth
352038DD2 NV04310011                   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      04/17/1975
Names Used
MARTINEZ-OVANDO, GILBERTO
MARTINEZ, GILBERTO
OVANDO, GILBERTO
Sex      Race                  Height    Weight
M        WHITE                 511       210
Eye Color Hair Color Place of Birth      Citizenship
BROWN     BLACK      US
Miscellaneous Number   Fingerprint Classification


Residence
370 CASA NORTE, NORTH LAS VEGAS, NV
Offender Caveats, Notices and Comments
SUMMARY
Caution
NO CAUTIONS ON FILE
Date of Last Reported Event
12/08/2014
Type of Charges Reported    Total Reported   Total Convictions
Felony              0            0
Gross Misdemeanor            0          0
Misdemeanor                  2          0
================================================================================
            CRIMINAL HISTORY RECORD PCN/NLDC2035188C
                FINGERPRINT BASED RECORD
ARREST DATE: 12/07/2014    AGENCY: NORTH LAS VEGAS POLICE DEPARTMEN
  NAME USED: MARTINEZ-OVANDO, GILBERTO
 CHARGE   1: DOM BATTERY, 1ST              MISDEMEANOR
       NEVADA STATUTE NRS 200.485.1
NO DISPOSITION RECORD ON FILE
  ARRESTED: NORTH LAS VEGAS POLICE DEPARTMEN  ORI: NV0020200
LOCAL NUMBER: 2705882

RECORD CREATED: 12/08/2014 07:28:03   LAST UPDATED: 12/08/2014 09:40:21
****** END OF CRIMINAL HISTORY RECORD ******

---

CRIMINAL HISTORY RECORD PCN/25112404
FINGERPRINT BASED RECORD
ARREST DATE: 03/21/2009     AGENCY: LAS VEGAS METROPOLITAN POLICE
 NAME USED: MARTINEZ, GILBERTO
CHARGE   1: BATTERY DOMESTIC VIOLENCE NO PRIOR CONVICTIONS    MISDEMEANOR
       NEVADA STATUTE NRS  200.4812A
DISPOSITION DATE: 04/09/2009     DISPOSITION: DENIED
   CHARGE: BATTERY/DOMESTIC VIOLENCE              MISDEMEANOR
 NEVADA STATUTE NRS  200.485            OFFENSE CODE: 02138
                  CASE #: 09M12302X
   NAME USED: MARTINEZ, GILBERTO
  ARRESTED: LAS VEGAS METROPOLITAN POLICE    ORI: NV0020100
LOCAL NUMBER: 2705882
 RECORD CREATED: 03/25/2009 05:35:57   LAST UPDATED: 03/25/2009 05:36:36
       ****** END OF CRIMINAL HISTORY RECORD ******

---

WHEN AN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE NEVADA CRIMINAL
HISTORY RECORDS REPOSITORY.
IF FINGERPRINTS DID NOT ACCOMPANY THIS INQUIRY, THE NEVADA CRIMINAL HISTORY
RECORDS REPOSITORY IS UNABLE TO GUARANTEE THAT THIS MATERIAL CONCERNS THE
INDIVIDUAL IN WHOM YOU ARE INTERESTED.
IN REGARDS TO THE ABOVE NAMES SUBJECT, THIS DOES NOT PRECLUDE THE POSSIBLE
EXISTENCE OF ADDITIONAL MATCHED RECORDS IN LOCAL OR FBI IDENTIFICATION
DIVISION FILES WHICH ARE NOT INDEXED BY THE NEVADA STATE CRIMINAL HISTORY
RECORDS REPOSITORY.  THE USE OF THIS INFORMATION IS REGULATED BY LAW.  IT
IS PROVIDED FOR OFFICIAL USE AND MAY ONLY BE USED FOR THE PURPOSE REQUESTED.
NEVADA AGENCIES - REFER TO NRS CHAPTER 179A