# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GILBERTO MARTINEZ-OVANDO,

    Petitioner,

vs.

U.S. DEPT. OF HOMELAND SECURITY, *et al.*,

    Respondents.

Case No. 2:15-cv-00739-JAD-PAL

**ORDER OF DISMISSAL**

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing a habeas action, a petitioner must submit either the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*. Due to the lack of an *in forma pauperis* application or filing fee, this action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, petitioner at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

    **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

    **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but **he may not file further documents in this action.**

-2-

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 29th day of April, 2015.

_____
Jennifer Dorsey
United States District Judge